RALPH ESPOSITO ET AL. *v.* DANIEL V. PRESNICK

DANIEL V. PRESNICK *v.* RALPH ESPOSITO ET AL.
(10083)

DALY, LAVERY and LANDAU, Js.

Argued December 9—decision released December 31, 1991

*Daniel V. Presnick,* pro se, the appellant (defendant in the first case, plaintiff in the second case).

*John R. Williams,* for the appellees (plaintiffs in the first case, defendants in the second case).

PER CURIAM. The judgment is affirmed.